| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | William A. Finkelstein (No. 213382) |
|   | 2121 Avenue of the Stars |
| 3 | Suite 2800 |
|   | Los Angeles, CA 90067 |
| 4 | Telephone: (310) 734-3266 |
|   | Facsimile: (310) 734-3166 |

KAWAHITO & SHRAGA LLP
David R. Shraga (No. 229098)
11835 W. Olympic Blvd. Suite 925
Los Angeles, CA 90064
Telephone: (310) 746-5301
Facsimile: (310) 593-2520
david@kawahitoshraga.com

PATTISHALL, MCAULIFFE, NEWBURY, **JS-6**
  HILLIARD & GERALDSON LLP
Jonathan S. Jennings
J. Michael Monahan, II
David C. Hilliard
311 South Wacker Drive
Suite 5000
Chicago, IL 60606
Telephone: (312) 554-8000

Attorneys for Plaintiff,
PEPSICO, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PEPSICO, INC., a North Carolina corporation, | Case No. CV09-00751 DDP (RZx) |
| Plaintiff, | |
| vs. | **ORDER RE: ENTRY OF FINAL JUDGMENT** |
| J.T. SANIYA, INC., a California corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

ORDER RE: ENTRY OF FINAL JUDGMENT

Doc. # 317028

BASED ON THE STIPULATION BETWEEN THE PARTIES,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that:

1. This Court has personal jurisdiction over the parties, including J.T. Saniya, Inc., as well as subject matter jurisdiction over this action;

2. J.T. Saniya, Inc., its officers, agents, servants, employees, and attorneys, their successors and assigns (including, H.M. Distributors, Inc.) and all others in active concert or participation with them, are permanently enjoined and restrained from:

    a) manufacturing, advertising, promoting, distributing or selling products composed of bottle safes, can safes, stash bottles, stash cans or any other concealment or diversionary devices ("Infringing Safes") bearing the trademarks, PEPSI, DIET PEPSI, MOUNTAIN DEW, SIERRA MIST and/or AQUAFINA, on their own, or with designs or other variations, including the federally registered trademarks listed in Exhibit "A" (the "PEPSICO marks");

    b) using the PEPSICO marks, any colorable imitations thereof, or any other marks that are likely to cause confusion with PepsiCo's business or the PEPSICO marks or other trademarks owned by PepsiCo in connection with the manufacture, sale, distribution, advertising or promotion of any unauthorized products or services;

    c) committing acts resulting in unfair competition with PepsiCo;

    d) diluting the distinctiveness of the famous PEPSICO marks; and

    e) tarnishing PepsiCo's business reputations, the PEPSICO marks, or PepsiCo's products;

3. Yasin Jumani shall act as an agent for service of any subpoena for trial or deposition testimony regarding J.T. Saniya, Inc.'s knowledge of other manufacturers, distributors or sellers of Infringing Safes in any other action, and

1 said subpoena shall be accepted for service at 417 South San Pedro, Los Angeles, California 90017.  J.T. Saniya, Inc. shall immediately inform in writing PepsiCo, care of Jonathan S. Jennings at Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, Suite 5000, 311 South Wacker Drive, Chicago, Illinois 60606, if its address for this service changes and of the new address for such service; and

4. This Court shall retain jurisdiction for 180 days over this action for purposes of construing and ensuring compliance with this Final Judgment.

5. This action is dismissed without prejudice as to the remaining Doe Defendants.

Dated:  May 19, 2009

_____
Honorable Dean D. Pregerson
United States District Judge